## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Adversary Proceeding Case No. 19-50586 (JKS) |
| Plaintiff, | |
| vs. | |
| ASCENSUS, LLC d/b/a PROVIDENT TRUST GROUP, CUSTODIAN FOR THE BENEFIT OF LARRY NORTON IRA; LARRY A. NORTON, | |
| Defendants. | |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, and defendant Larry A. Norton (collectively, the "Parties"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

STIPULATED AND AGREED:

Dated:  July 9, 2021

PACHULSKI STANG ZIEHL & JONES LLP

KLEHR HARRISON HARVEY BRANZBURG LLP

/s/ Colin R. Robinson

Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  bsandler@pszjlaw.com
          acaine@pszjlaw.com
          crobinson@pszjlaw.com

*Counsel to Plaintiff*

/s/ Sally E. Veghte

David S. Eagle (DE Bar No. 3387)
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, DE  19801
Telephone: (302) 552-5503
Email: deagle@klehr.com
          sveghte@klehr.com

*Counsel to Defendant*